## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

<table>
<tr><td>

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS TRUSTEE
OF NEW ROOTS M TRUST,
    *Plaintiff,*

v.

R&P REALTOR LLC
AND YOEL KATZ,
    *Defendants.*

</td><td>

NO:

</td></tr>
</table>

## COMPLAINT

Plaintiff, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of New Roots M Trust, by and through its undersigned counsel, hereby complains against Defendants as follows:

## I.   PARTIES, JURISDICTION AND VENUE

1.      The Plaintiff is U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of New Roots M Trust ("Plaintiff"), with an address in care of RF Mortgage Services Corporation, 550 W. Adams Street, Suite 950, Chicago, IL 60661.

2.      Defendant, Yoel Katz ("Katz"), is a citizen of the State of New York, and upon information and belief, resides at 27 Pine Hill Road, Monroe, New York, 10950. Katz is a guarantor of the loan secured by the real property hereinafter described.

3.      Defendant, R&P Realtor LLC, by and through its member Yoel Katz ("R&P Realtor" or "Mortgagor"), is a limited liability company incorporated under the laws of the Commonwealth of Pennsylvania, and has an address of 3006 Fountain Street, Philadelphia,

PA 19121, and R&P Realtor has an interest in the real property situated in the Commonwealth of Pennsylvania and City of Philadelphia herein described below:

- 2231 South Felton Street, Philadelphia, PA 19142, Parcel ID Number *40-1160400*.

- 2303 South 63rd Street, Philadelphia, PA 19142, Parcel ID Number *40-1166500*.

- 2653 South Robinson Street, Philadelphia, PA 19142, Parcel ID Number *40-2090100*.

- 2523 South Dewey Street, Philadelphia, PA 19142, Parcel ID Number *40-2072500*.

- 2538 South Dewey Street, Philadelphia, PA 19142, Parcel ID Number *40-2080200*.

- 2612 South Dewey Street, Philadelphia, PA 19142, Parcel ID Number *40-2082000*.

- 2634 South 61st Street, Philadelphia, PA 19142, Parcel ID Number *40-2067900*.

- 2527 South Millick Street, Philadelphia, PA 19142, Parcel ID Number *40-2043800*.

- 2518 South Millick Street, Philadelphia, PA 19142, Parcel ID Number *40-2050100*.

- 6034 Lindbergh Boulevard, Philadelphia, PA 19142, Parcel ID Number *40-2279400*.

(collectively these are hereinafter referred to as the "Properties" or the "Mortgaged Premises").

R&P Realtor is the mortgagor and real owner of the real Property hereinabove described. The interest of R&P Realtor in the Mortgaged Premises is as Mortgagor and Real Owner.

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the cause of action arose here and the Properties that are the subject of this action are situated in this jurisdiction.

## II. FACTS

6.      On or about September 28, 2023, in consideration of a loan in the principal amount of $938,250.00, R&P Realtor, by and through its member Yoel Katz, executed and delivered to Broadway Capital LLC, a note (the "Note").  A true and correct copy of the Note is attached hereto and marked as Exhibit "A" and made a part hereof.

7.      On or about September 28, 2023, in consideration of the loan in the principal amount of $938,250.00, Katz, executed and delivered to Broadway Capital LLC, a personal guaranty agreement (the "Guaranty"). A true and correct copy of the Guaranty agreement is attached hereto and marked as Exhibit "B" and made a part hereof.

8.      To secure the obligations under the Note, R&P Realtor, by and through its member, Katz, executed and delivered to Broadview Capital LLC a mortgage dated September 28, 2023, and recorded October 6, 2023, in the Office of the Recorder for Philadelphia County, as Instrument Number 54230981 (the "Mortgage").  A true and correct copy of the Mortgage is attached hereto and marked as Exhibit "C" and made a part hereof.

9.      The Mortgage secures the following Mortgaged Premises:

- 2231 South Felton Street, Philadelphia, PA 19142, Parcel ID Number *40-1160400*.
- 2303 South 63rd Street, Philadelphia, PA 19142, Parcel ID Number *40-1166500*.
- 2653 South Robinson Street, Philadelphia, PA 19142, Parcel ID Number *40-2090100*.
- 2523 South Dewey Street, Philadelphia, PA 19142, Parcel ID Number *40-2072500*.
- 2538 South Dewey Street, Philadelphia, PA 19142, Parcel ID Number *40-2080200*.
- 2612 South Dewey Street, Philadelphia, PA 19142, Parcel ID Number *40-2082000*.
- 2634 South 61st Street, Philadelphia, PA 19142, Parcel ID Number *40-2067900*.

- 2527 South Millick Street, Philadelphia, PA 19142, Parcel ID Number *40-2043800*.

- 2518 South Millick Street, Philadelphia, PA 19142, Parcel ID Number *40-2050100*.

- 6034 Lindbergh Boulevard, Philadelphia, PA 19142, Parcel ID Number *40-2279400*.

True and correct copies of the legal descriptions of the Mortgaged Premises are attached collectively hereto and marked as Exhibit "D" and made a part hereof.

10.     The Plaintiff, directly or through an agent, has possession of the Note, which has been duly endorsed. Therefore, the Plaintiff has the right to enforce the Note.

11.     The Plaintiff is the proper party by way of an Assignment of Mortgage (the "Assignment"), dated April 15, 2026, and recorded in the Recorder of Deeds for Philadelphia County on April 16, 2026, as Document ID Number 54541274. A true and correct copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "E."

12.     R&P Realtor is the record and real owner of the Mortgaged Premises.

## COUNT I
## MORTGAGE FORECLOSURE
## PLAINTIFF v. R&P REALTOR LLC, BY AND THROUGH ITS MEMBER YOEL KATZ

13.     The allegations of paragraph 1 through 12 are incorporated herein as though set forth at length.

14.     The Note and the Mortgage are in default because the monthly payments due September 1, 2025, and thereafter have not been paid.  As a result, the entire principal balance and all interest due thereon have become due and payable with late charges, escrow deficit, and all costs of collection including, but not limited to, title search fees and reasonable attorney's fees.  As a result of the default under both the Note and the Mortgage, the Guaranty is likewise in default.

15.     As of May 15, 2026, the following amounts are due on the Mortgage and Note:

| | |
|---|---|
| Unpaid Principal Balance | $924,434.68 |
| Interest (Good Through May 15, 2026) | $61,291.95 |
| Title Costs | $2,900.00 |
| NSF Fees | $10.00 |
| FC Fees | $321.26 |
| Default Interest from 9/1/2025 to 5/15/2026 | $56,477.18 |
| Other Deferred Balance | $5,705.12 |
| Prepayment Penalty | $9,244.35 |
| Escrow Reserve Balance | $18,767.50 |
| Lien Release Fee | $250.00 |
| Wire Fee | $10.00 |
| Other Fees | $10,164.24 |
| **Total Amount Due** | **$1,089,576.28** |

*\* Non-Interest Bearing*

The current interest rate is 8.37500%. *Per diem* interest in the amount of $436.54 will accrue on the principal unless there is an interest rate change as set forth in the Note.

16.     Pennsylvania laws Act 6 of 1974 and Act 91 of 1982 are not applicable as this action involves a commercial loan. Notice of default as required by the terms of the Mortgage have been sent to the Defendants.  Copies of the Notices, redacted to remove confidential account information, are attached hereto and marked as Exhibit "F" and made a part hereof.

**WHEREFORE**, the Plaintiff requests judgment against Defendant R&P Realtor LLC, by and through its member Yoel Katz under Count I in the sum of **$1,089,576.28** together with interest, costs (including additional escrow advances), and additional attorney's fees and costs, and for United States Marshall's foreclosure sale of the Mortgaged Premises.

### COUNT II
### BREACH OF CONTRACT
### PLAINTIFF v. R&P REALTOR LLC, BY AND THROUGH ITS MEMBER YOEL KATZ

17.     Plaintiff incorporates by reference paragraphs 1 through 16 as though set forth at length.

18.     By virtue of the default of R&P Realtor LLC under the subject Mortgage/Note obligation, Plaintiff is entitled to the entry of an *in personam* money judgment for breach of the Note against R&P Realtor LLC for the total amounts due and owing set forth herein, **$1,089,576.28.**

**WHEREFORE**, Plaintiff demands judgment against R&P Realtor LLC, by and through its member Yoel Katz under Count II in the sum of **$1,089,576.28** together with interest from August 1, 2025, at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Note.

### COUNT III
### BREACH OF GUARANTY AGREEMENT
### PLAINTIFF v. JOEL KATZ

19.     Plaintiff incorporates by reference the allegations of paragraphs 1 through 18 as though set forth at length herein.

**20.** By virtue of the default of R&P Realtor LLC under the subject Mortgage/Note obligation, the Guaranty is likewise in default. Therefore, Plaintiff is entitled to the entry of an *in personam* money judgment against Guarantor for the total amounts due and owing set forth herein, **$1,089,576.28.**

**WHEREFORE,** Plaintiff demands judgment against Guarantor Yoel Katz under Count III in in the sum $**1,089,576.28** together with interest from May 15, 2026, at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Guaranty.

Respectfully submitted,

Date: 5/4/2026

Stephen M. Hladik, Esq., ID No. 66287
Robert W. Williams, Esq., ID No. 315501
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
shladik@hoflawgroup.com
rwilliams@hoflawgroup.com
*Attorneys for Plaintiff*